**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ADAM LEE JANSSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00055-SEP |
| | ) | |
| CITY OF ARNOLD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. The Application is granted, and Plaintiff must pay an initial partial filing fee of $121.32, which is 20 percent of his average monthly deposit. *See* 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs is **GRANTED**. Doc. [2].

**IT IS FURTHER ORDERED** that Plaintiff must pay an initial partial filing fee of $121.32 within 30 days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FINALLY ORDERED** that Plaintiff's failure to comply with this Order will result in the dismissal of his action without prejudice and without further notice.

Dated this 22nd day of September, 2026.

Sarah E. Pitlyk

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE